O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CLIFFORD LAINE,<br><br>            Petitioner,<br><br>  vs.<br><br>JAMES A. YATES, Warden,<br><br>            Respondent. | Case No. SACV 08-1367-DSF (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge, with the following changes:

      p. 1, ln. 23: December 3, 2008 should be December 2, 2008;

      p. 2, ln. 10: should read (Cal. Pen. Code §§ 187(a); 189);

      p. 3, ln. 16: delete the comma after February;

      p. 5, ln. 24: after the filing of the report and recommendation, the United States Supreme Court granted <u>certiorari</u> and vacated the judgment in <u>Smith v. Patrick</u>. The reference to that case should be deleted;

1       p. 10, lns. 4 - 5: should read "core class of 'testimonial' statements";

2       p. 10, ln. 22: should cite the year 2007;

3       p. 12, ln. 10: the case was decided by the Eighth Circuit.

      IT THEREFORE IS ORDERED that petitioner's request for an evidentiary hearing is denied and that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 3/16/10

*(signature: Dale S. Fischer)*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2