JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CLIFFORD LAINE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>JAMES A. YATES, Warden,<br><br>　　　　　Respondent. | Case No. SACV 08-1367-DSF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that petitioner's request for an evidentiary hearing is denied, the Petition is denied and this action is dismissed with prejudice.

DATED: 3/16/10

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE